```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**RITA S. LITTLE**                                              **PLAINTIFF**

**VS.**                             **CIVIL ACTION NO. 3:06-cv-501-WHB-LRA**

**K & B MISSISSIPPI CORPORATION**
**d/b/a RITE AID**                                              **DEFENDANT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order that granted the Motion of Defendant for Summary Judgment on all of Plaintiff's claims, this case is hereby dismissed with prejudice.

SO ORDERED this the 27th day of August, 2007.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE